1  Jennifer Sun (State Bar No. 238942)
   jennifersun@jonesday.com
2  Jones Day
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  949.851.3939
4  Facsimile:   949.553.7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | AKRAM CHAHIN and JACKELYN | Case No. 8:17-cv-00093
12 | YOU,
   |                                   | [Removal of Orange County Superior
13 |              Plaintiffs,          | Court, Case No. 30-2016-00893243-
   |                                   | CL-NP-CJC]
14 |     v.
   |                                   | **NOTICE OR REMOVAL OF**
15 | EXPERIAN INFORMATION              | **ACTION PURSUANT TO**
   | SOLUTIONS, INC.; DOES 1-10        | **28 U.S.C. § 1441**
16 | inclusive
   |                                   | **[FEDERAL QUESTION**
17 |              Defendants.          | **JURISDICTION]**
18 |                                   | Complaint filed:  December 19, 2016

19

20 **TO THE CLERK OF THE COURT:**

21     **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441 *et seq*.,

22 Defendant Experian Information Solutions, Inc. ("Experian") hereby files this

23 Notice of Removal of the above-captioned action to this Court and states as

24 follows:

25     1.     Experian is the only named Defendant in Civil Action No. 30-2016-

26 00893243-CL-NP-CJC filed by Plaintiffs Akram Chahin and Jackelyn You

27 (together, "Plaintiffs") in the Superior Court of the State of California, County of

28 Orange (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Superior Court of the State of California, County of Orange, on December 19, 2016. Plaintiffs served Experian with the Summons and Complaint in the State Court Action on December 20, 2016.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**. The attached documents are the only pleadings currently on the docket in the State Court Action.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. This Court also has supplemental jurisdiction over Plaintiffs' state law claim under California Civil Code § 1785.1 *et seq*., because the state law claim is so related to Plaintiffs' federal question claims that they form part of the same case or

controversy pursuant to 28 U.S.C. § 1367(a).

9. Promptly after the filing of this Notice of Removal, Defendant shall provide notice of the removal to Plaintiffs through their attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: January 19, 2017         JONES DAY

By: */s/ Jennifer Sun*
    Jennifer Sun

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.