Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKRAM CHAHIN and JACKELYN YOU, | Case No. 8:17-cv-00093-CJC-DFM |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -vs- | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant | |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Dated: November 15, 2017          **Law Offices of Todd M. Friedman, P.C.**

By: /s/ Adrian R. Bacon, Esq.
    Adrian R. Bacon
    Attorneys for Plaintiff

Filed electronically on this 15th Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Cormac J. Carney
Honorable Magistrate Judge Douglas F. McCormick
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 15th Day of November, 2017

s/Todd M. Friedman, Esq.
   Todd M. Friedman